No. 346. HOLMES v. CONTINENTAL CASUALTY CO. ET AL. C. A. 5th Cir. Certiorari denied. *Francis H. Hare* and *Truman M. Hobbs* for petitioner. *Reid B. Barnes* and *James A. Simpson* for Continental Casualty Co., respondent.

No. 348. KLOTZ v. SEARS, ROEBUCK & CO. C. A. 7th Cir. Certiorari denied. *Edward H. Norton* for petitioner. *Burton Y. Weitzenfeld* for respondent.

No. 234, Misc. NELSON v. NEW MEXICO. Supreme Court of New Mexico. Certiorari denied. Petitioner *pro se. Hilton A. Dickson, Jr.,* Attorney General of New Mexico, *Thomas O. Olson* and *Boston E. Witt,* Assistant Attorneys General, and *Dean S. Zinn* for respondent.

No. 270, Misc. FAITH v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 316, Misc. FENTON v. ARIZONA. Supreme Court of Arizona. Certiorari denied. *W. Edward Morgan* for petitioner. *Wade Church,* Attorney General of Arizona, *Leslie C. Hardy,* Chief Assistant Attorney General, and *Franklin K. Gibson,* Assistant Attorney General, for respondent.

OCTOBER 28, 1959.

No. 504. UNITED STEELWORKERS OF AMERICA v. UNITED STATES. The application of the Solicitor General to vacate stay of injunction unless petition for a writ of certiorari is filed by noon, October 29, 1959, is denied. *Solicitor General Rankin* for the United States. *Arthur J. Goldberg* for petitioner.